March 23, 1984.

473 A.2d 679

Boyertown Floor Covering Co. v. James, et al., Appellants.

Argued January 10, 1984.  Rudolph J. DiMassa, for appellants;  Lawrence Sager, for appellee.

612

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment affirmed.